■ S. E. NICHOLS, INC., et al., Appellants, v LOOMIS J. GROSSMAN et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs, upon the opinion at Steuben Special Term. (Appeal from order of Steuben Supreme Court, granting leave to amend answer in action for reformation of lease.) Present:—Moule, J. P., Cardamone, Simons, Goldman and Witmer, JJ.